IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHAKARA MERRILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON MARK, LLC, MIDLAND FUNDING, LLC, and JOHN DOES 1-25,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 2:19-cv-18-DB<br><br>District Judge Dee Benson |

It is hereby ORDERED and ADJUDGED that Defendant's Motion to Dismiss and Motion for Judgment on the Pleadings are GRANTED and this action is DISMISSED with prejudice.

DATED this 5th day of June, 2019.

BY THE COURT:

_____

Dee Benson
United States District Judge